IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| THE AMERICAN AUTOMOBILE ASSOCIATION, INC., | : : : | |
| Plaintiff, | : : | |
| v. | : : | CIV. ACT. NO. 1:22-cv-494-TFM-MU |
| AAA TIRE SHOP, LLC, *et al.*, | : : | |
| Defendants. | : : | |

## ORDER

Pending before the Court is the *Joint Motion for Entry of Consent Order of Judgment*. Doc. 13, filed January 30, 2023. The parties request the Court, pursuant to Fed. R. Civ. P. 41 and 58, enter the Proposed Consent Order of Judgment attached to its motion. *Id.*; *see* Doc. 13-1. In support of the parties' motion, they state they have entered into a settlement agreement and jointly request the Court enter their Proposed Consent Order of Judgment. Doc. 13.

Accordingly, the Joint Motion for Entry of Consent Order of Judgment (Doc. 13) is **GRANTED**, and the following consent judgment is **ENTERED**:

## CONSENT JUDGMENT

**WHEREAS**, The American Automobile Association, Inc. ("AAA") has brought an action in this Court against AAA Tire Shop, LLC, and Emad Azzam, d/b/a AAA Tire Shop (the "Infringing Business Name"), (collectively, "Defendants"), alleging violations of the Federal Trademark Act ("Lanham Act"), 15 U.S.C. §§ 1114, 1125, and Alabama law;

**WHEREAS**, the Court has jurisdiction over this civil action by virtue of 28 U.S.C. §§ 1332, 1337, and 1338;

**WHEREAS**, AAA and Defendants have entered into a Settlement Agreement and Release

("Settlement Agreement") to resolve any and all controversies and disputes between them existing as of this date;

**WHEREAS**, AAA agrees to dismiss without prejudice its claims against Defendants, pursuant to representations made by Defendants in the Settlement Agreement, and subject to fulfillment of all obligations set forth in the Settlement Agreement;

**WHEREAS**, subject to Defendants' continued adherence to the Settlement Agreement, AAA agrees not to pursue claims for damages arising out of use of AAA's trademarks occurring prior to the date agreed upon in the Settlement Agreement;

**WHEREAS**, Defendants agree to file all documentation necessary to cancel or amend any business licenses, registered business names, and registered trade names associated with the Infringing Business Name that incorporate the AAA Marks, each as defined in the Settlement Agreement, and any other corporate or business registrations, business licenses, or registered trade names controlled by Defendants that incorporate the AAA Marks;

**WHEREAS**, Defendants admit that any further unauthorized use by them of AAA's Marks violates the Lanham Act and Alabama state law;

**WHEREAS**, Defendants waive all defenses or counterclaims that they might otherwise raise at trial or otherwise;

**NOW THEREFORE**, Defendants consent and agree that this Court enter a judgment permanently enjoining them from any unauthorized use of AAA's Marks or of marks confusingly similar to any of them.

The Court does hereby, upon consent of the parties, declare that a permanent injunction issue herein as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED**:

1. That Defendants, their agents, attorneys, representatives, employees, and all persons in active concert or participation with them who receive notice hereof, are hereby permanently enjoined from any unauthorized use of AAA's Marks or of marks confusingly similar to any of them;

2. That each and every claim for damages, penalties, costs, and attorneys' fees by AAA against Defendants, other than the permanent injunction granted herein, is hereby **DISMISSED without prejudice** pursuant to representations made by Defendants in the Settlement Agreement, and subject to fulfillment of all obligations set forth in the Settlement Agreement, except for such damages, penalties, costs, and/or attorneys' fees that might result from any violation of this Consent Order of Judgment; and

3. That this case shall be **CLOSED**, except that this Court shall retain jurisdiction for the purpose of enforcing the Settlement Agreement and this Consent Judgment.

**DONE** and **ORDERED** this 30th day of January 2023.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE